UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NATHAN E. WILSON, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:16-CV-289-FL
)
FAIRFIELD INN-SUITES and )
MARRIOTT, RDU, )
)
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 28, 2017, that this case is dismissed.

**This Judgment Filed and Entered on June 28, 2017, and Copies To:**
Nathan E. Wilson (via U.S. Mail) 1334-H Wicklowe Court, Cary, NC 27511

June 28, 2017                    PETER A. MOORE, JR., CLERK
                                  /s/ Susan W. Tripp
                                (By) Susan W. Tripp, Deputy Clerk